| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sedwick, John W. | 2. Court or Organization District of Alaska | 3. Date of Report 06/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address U. S. Dist6rict Court 222 W. 7th Ave., #32 Anchorage, Alaska 99513 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Wilson Hughes of GCI Inc. | Fishing trip | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Nat'l Bank Stock | A | Dividend | K | T | | | | | |
| 2. 1st Nat'l Bank Accounts | A | Interest | L | T | | | | | |
| 3. Northrim Bank Accounts | A | Interest | L | T | | | | | |
| 4. Lincoln Nat'l Life Policies | D | Interest | M | T | | | | | |
| 5. [ ] IRA: Pace Int'l Fixed Income | | | | | Sold (part) | 08/02/16 | K | A | |
| 6. [ ] IRA: Pace Global Fixed Income | B | Int./Div. | K | T | Spinoff (from line 5) | 12/01/16 | J | | |
| 7. [ ] IRA: Pace Mtg Backed Sec Fixed Income | | | | | Sold (part) | 01/25/16 | J | | |
| 8. [ ] IRA: Pace Mtg Backed Sec. Fixed Income | | | | | Sold (part) | 04/25/16 | J | A | |
| 9. [ ] IRA: Pace Mtg Backed Fixed Income | | | | | Sold (part) | 07/25/16 | J | A | |
| 10. [ ] IRA: Pace Mtg Backed Fixed Income | B | Int./Div. | J | T | Sold (part) | 10/25/16 | J | A | |
| 11. [ ] IRA: Pace Interm Fixed Income | A | Int./Div. | J | T | Sold (part) | 08/02/16 | J | | |
| 12. [ ] IRA: Pace Int'l Emerg Mkt Equity | B | Int./Div. | L | T | Sold (part) | 08/02/16 | J | A | |
| 13. [ ] IRA Pace Intern'l Equity | C | Int./Div. | L | T | Sold (part) | 08/02/16 | J | A | |
| 14. [ ] IRA: Pace Large CO Growth Equity | D | Int./Div. | L | T | Sold (part) | 08/02/16 | J | | |
| 15. [ ] IRA: Pace Large CO Value Equity | D | Int./Div. | L | T | Sold (part) | 08/02/16 | J | | |
| 16. [ ] IRA: Pace Sm/Med CO Growth Equity | D | Int./Div. | K | T | | | | | |
| 17. [ ] IRA: Pace Sm/Med CO Value Equity | D | Int./Div. | K | T | Sold (part) | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▨ IRA: Pace Strategic Fixed Income | B | Int./Div. | K | T | Sold (part) | 08/02/16 | J | A | |
| 19. ▨ IRA: Pace Alt Strategies | B | Int./Div. | L | T | | | | | |
| 20. ▨ IRA: Pace High Yield | C | Int./Div. | L | T | | | | | |
| 21. ▨ IRA: Pace Global Real Estate | B | Int./Div. | K | T | | | | | |
| 22. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Buy (add'l) | 01/20/16 | J | | |
| 23. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 04/28/16 | K | | |
| 24. IRA #1: Allianz NFJ Dividend Value Fund | F | Int./Div. | M | T | Sold (part) | 08/02/16 | J | | |
| 25. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 01/20/16 | J | | |
| 26. IRA #1: American Funds Capital Income Builder | | | | | Sold (part) | 04/28/16 | J | | |
| 27. IRA #1: American Fund Capital Income Builder | D | Dividend | M | T | Sold (part) | 08/02/16 | J | | |
| 28. IRA #1: American Funds Capital World G & I Fund | | | | | Sold (part) | 01/20/16 | J | | |
| 29. IRA #1 American Funds Capital World G & I Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 30. IRA #1: American Funds Capital World G & I Fund | E | Int./Div. | L | T | Sold (part) | 08/02/16 | J | | |
| 31. IRA #1: The Growth Fund of America | | | | | Sold (part) | 01/20/16 | J | | |
| 32. IRA #1: The Growth Fund of America | | | | | Sold (part) | 04/28/16 | J | | |
| 33. IRA #1: The Growth Fund of America | E | Int./Div. | M | T | Sold (part) | 08/02/16 | J | | |
| 34. IRA #1: Calamos Growth Fund | | | | | Buy (add'l) | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #1: Calamos Growth Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 36. IRA #1: Calamos Growth Fund | D | Dividend | M | T | Sold (part) | 08/02/16 | J | | |
| 37. IRA #1: Davis New York Venture | | | | | Sold (part) | 01/20/16 | J | | |
| 38. IRA #1: Davis New York Venture | | | | | Sold (part) | 04/28/16 | J | | |
| 39. IRA #1: Davis New York Venture | D | Dividend | M | T | Sold (part) | 08/02/16 | J | | |
| 40. IRA #1: Templeton Global Bond Adv | | | | | Sold | 01/20/16 | M | | |
| 41. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Buy (add'l) | 01/20/16 | J | | |
| 42. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 43. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 07/25/16 | J | | |
| 44. IRA #1: Loomis Sayles Strategic Income Fund | D | Dividend | N | T | Sold (part) | 08/02/16 | J | | |
| 45. IRA #1: RS Partners Fund | | | | | Buy (add'l) | 01/20/16 | J | | |
| 46. IRA #1: RS Partners Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 47. IRA #1: Victory Partners Fund | | | | | Spinoff (from line 46) | 08/03/16 | K | | |
| 48. IRA #1: Victory Partners Fund | D | Int./Div. | L | T | Sold (part) | 08/04/16 | J | | |
| 49. IRA #1: RS Emerging Markets Fund | | | | | Sold (part) | 01/20/16 | L | | |
| 50. IRA #1: RS Emerging Markets Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 51. IRA #1: Victory Emerging Markets Fund | | | | | Spinoff (from line 50) | 08/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #1: Victory Emerging Markets Fuind | C | Dividend | K | T | Sold (part) | 08/04/16 | J | | |
| 53. IRA #1: Thornburg Int'l Value Fund | | | | | Sold (part) | 01/20/16 | J | | |
| 54. IRA #1: Thornburg Int'l Value Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 55. IRA #1: Thornburg Int'l Value Fund | B | Dividend | M | T | Sold (part) | 08/02/16 | J | | |
| 56. IRA #1: Federated Strategic Income | | | | | Buy (add'l) | 01/20/16 | J | | |
| 57. IRA #1: Federated Stratigic Income Fund | | | | | Sold (part) | 04/28/16 | J | | |
| 58. IRA #1: Federated Stratigic Income Fund | C | Int./Div. | M | T | Sold (part) | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 06/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Regarding the IRA accounts: (1) As in past years. reinvestments of income into the same fund are not listed as transactions. (2) Some Assets appear more than once, because there was more than one transaction in that asset during 2016. I have listed income and value codes as of the end of the year only on the line which recorded the last transaction in that asset. This is consistent with the instrucions in Updates for Calendar Year 2016 Reports which say that "Each asset included in Part VII must have values of income and ending values listed individually in Columns B and C. " (3) The computer program does not have a provision for "Name Change," so I have used "Spinoff" as a proxy for "Name Change."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Sedwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544